STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
TIM L. LASKE (Cal. Bar No. 223395)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0805
    Facsimile: (213) 894-7819
    E-mail: Tim.Laske@usdoj.gov

Attorneys for Defendant
United States Postal Service

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KYLE JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES POSTAL SERVICE INC.,<br><br>    Defendant. | No. CV 14-4166 CAS(AGRx)<br><br>Hon. Christina A. Snyder |

**ORDER**

Pursuant to the parties' forgoing stipulation for compromise settlement and general release, filed concurrently herewith,

IT IS HEREBY ORDERED that:

1. The parties' Stipulation for Compromise Settlement and General Release shall be approved and the above-entitled action is dismissed with prejudice in its entirety;

2. The Court shall retain jurisdiction pending completion of the terms of the settlement; and

3. Each party shall bear his or its own costs, fees and attorneys' fees.

Dated: September 16, 2014

_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

Presented by:

STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

/s/ Tim Laske
TIM L. LASKE
Assistant United States Attorney

Attorneys for Defendant
United States Postal Service